JPML FORM 1A                     DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 333 -- IN RE AMERICAN HOME PRODUCTS CORP. "RELEASED VALUE" CLAIMS LIT.

| Date | No. Code | |
|---|---|---|
| 12/22/77 | 1 | MOTION, SUPPORTING BRIEF -- AMERICAN HOME PRODUCTS CORP. w/cert. of svc. |
| | | SUGGESTED TRANSFEREE DISTRICT: Northern District of Illinois |
| | | SUGGESTED TRANSFEREE JUDGE:                              (ea) |
| 1/3/78 | | REQUEST FOR EXTENSION -- Defendants -- Granted to and including 1/20/78 w/related correspondence. GRANTED TO ALL -- Counsel notified (cds) |
| 1/4/78 | | REQUEST FOR EXTENSION -- SYSTEMS 99 -- Previously granted to all to Jan. 20, 1978 |
| 1/9/78 | | APPEARANCES -- THOMAS M. AUGHINCLOSS, JR., ESQ for 167 Individual Defendants |
| | | HERBERT BURSTEIN, ESQ. for Pilot Freight Carriers |
| | | WILLIAM E. GORE, JR. for System 99 |
| | | W. A. GREGORY for Pacific Motor Trucking Co. |
| | | FREDRIC J. ASTLE for Sanborn's Motor Express |
| | | CHARLES J. MCCARTHY for American Home Products Corp. |
| | | DONALD MURCHISON for G.I. Trucking Co. and Los Angeles Warehouse and Transport Co. |
| 1/12/78 | | APPEARANCE -- Johathan G. Bunge, Esq. for Baggett Transp. Co. |
| 1/16/78 | | APPEARANCE -- Thomas M. Auchincloss for Pilot Freight Carriers |
| 1/18/78 | | APPEARANCE -- Thomas M. Auchinclos for Hyman's N.Y. & L.I. Express, Inc. |
| 1/20/78 | 2 | RESPONSE -- System 99 with cert. of service (emh) |
| 1/23/78 | 3 | RESPONSE & BRIEF -- Defendants represented by Thomas M. Auchincloss, Esq. w/cert. of service. (ea) |
| 1/25/78 | 4 | BRIEF IN REPLY TO OPPOSITION -- American Home Products Corp. with cert. of service (emh) |
| 1/26/78 | | CORRECTED PAGE 14 for the Pleading No. 3 (w/cert. of service) |
| 1/26/78 | | APPEARANCE -- XXXXXXXXXXXXXXXX THOMAS M. AUCHINCLOSS, JR., ESQ. representing 38 additional defendants for a total of 205. |
| 1/37/78 | | ARTHUR LIBERSTEIN, ESQ. for Parcel Delivery Service, Inc. |
| 1/27/78 | ● | ANSWER    -- Parcel Delivery Service - w/cert. of service (emh) |
| 1/31/78 | | APPEARANCE -- William H. Towle, Esq. for Midwest Emery Freight Systems and W. C. McQuaide, Inc. |
| 2/3/78 | | HEARING ORDER - Setting A-1, A-2 and A-3 for hearing - Feb. 24, 1978 in Miami, Florida (ea) |
| 2/22/78 | | WAIVERS OF ORAL ARGUMENT FOR 2/24/78 HEARING -- Parcel Delivery Service, Inc. by Arthur Liberstein, Esq.; Baggett Transportation Co. by Jonathan Bunge, Esq.; Midway Emery Freight Systems and W. C. McQuaide by William H. Towle, Esq. |
| 4/10/78 | | OPINION AND ORDER -- Denying Transfer of Litigation (emh) |

DOCKET NO. 333 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE AMERICAN HOME PRODUCTS CORP. "RELEASED VALUE" CLAIMS LITIGATION

## Summary of Panel Actions

Date(s) of Hearing(s) 2/24/78

Consolidation Ordered _____     Consolidation Denied  4/10/78

Opinion and/or Order  4/10/78

Citation _____

Transferee District _____     Transferee Judge _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | American Home Products Corp., et al. v. A&H Trucking Line, Inc., et al. | N.D.Ill. McGarr | 77C-3965 | | | | 4/10/78 |
| A-2 | American Home Products Corp., et al. v. AAA Trucking Corp., et al. | S.D.N.Y. Motley | 77CIV.5767 | | | | 4/10/78 |
| A-3 | American Home Products Corp., et al. v. Ameri-con Cartage, et al. | C.D.CAL. Gray | 77-4630-WPG | | | | 4/10/78 |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 333 -- IN RE AMERICAN HOME PRODUCTS CORP. "RELEASED VALUE"

CLAIMS LITIGATION

---

AMERICAN HOME PRODUCTS CORP.
(A-1, A-2, A-3)
Charles J. McCarthy, Esquire
Belnap, McCarthy, Spencer,
Sweeney & Harkaway
1750 Pennsylvania Ave., N.W.
Washington, D. C.  20006

BAGGETT TRANSPORTATION CO.
Jonathan G. Bunge, Esquire
Keck, Cushman, Mahin & Cate
8300 Sears Tower
233 S. Wacker Drive
Chicago, Illinois  60606

~~G. I. TRUCKING CO.
LOS ANGELES WAREHOUSE AND
   TRANSPORT CO.
Donald Murchison, Esquire
9454 Wilshire Blvd., #400
Beverly Hills, Calif.  90212~~

MIDWEST EMERY FREIGHT SYSTEMS
W. C. MCQUADIE, INC.
William H. Towle, Esquire
Burke, Kerwin, Towle & Andrin
Suite 3520
180 N. LaSalle St.
Chicago, Illinois  60601

SYSTEM 99
Mr. William E. Gore, Jr.
System 99
8201 Edgewater Drive
Oakland, Calif.  94621

PACIFIC MOTOR TRUCKING CO.
W. A. Gregory, Esquire
Room 845
One Market Plaza
San Francisco, Calif.  94105

PARCEL DELIVERY SERVICE, INC.
Arthur Liberstein, Esq.
888 Seventh Avenue
New York, New York     10019

G. I. TRUCKING CO.
LOS ANGELES WAREHOUSE & TRANSPORT CO.
HYMAN'S N.Y. & L.I. EXPRESS, INC.
PILOT FREIGHT CARRIERS
SANBORN'S MOTOR EXPRESS, INC.
A. DUIE PYLE, INC.
ACME FAST FREIGHT, INC.
ADMIRAL-MERCHANTS MOTOR FREIGHT, INC.
ADVANCE TRANSPORTATION CO.
A&H TRUCKING LINE, INC.
AKERS MOTOR LINES, INC.
ALL-AMERICAN, INC.
ALLIED DELIVERY SYSTEM
ALTERMAN TRANSPORT LINE, INC.
ANDERSON MOTOR SERVICE, INC.
ARKANSAS-BEST FREIGHT SYSTEM, INC.
ARLEDGE TRANSFER, INC.
ASSOCIATED TRANSPORT, INC.
ASSOCIATED TRUCK LINES, INC.
B&P MOTOR EXPRESS, INC.
B N TRANSPORT, INC.
BADGER FREIGHTWAYS, INC.
BE-MAC TRANSPORT CO., INC.
BEAUFORT TRANSFER CO.
BILDERBACK, T. JUNIOR (d/b/a
   Bilderback Truck Line)
BILKAYS EXPRESS CO.
BLUE ARROW-DOUGLAS, INC.
BODGE LINES, INC.
BOSS-LINCO LINES, INC.
BOWMAN TRANSPORTATION, INC.
BRAKE DELIVERY SERVICE-MEIER
   TRANSFER SERVICE
BRANCH MOTOR EXPRESS CO.
BRASWELL MOTOR FREIGHT LINES, INC.
BRIGGS TRANSPORTATION CO.
BROWN TRANSPORT CORP.
BUDIG WESTERN
BURGMEYER BROS., INC.
BYERS TRANSPORTATION CO., INC.
   (Continued Page 2)

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 2

DOCKET NO. 333 -- IN RE AMERICAN HOME PRODUCTS CORP. "RELEASED VALUE" CLAIMS LITIGATION

| | |
|---|---|
| C. W. TRANSPORT, INC. | JONES MOTOR ALLEGHANY CORP. |
| CAMPBELL SIXTY-SIX EXPRESS, INC. | JONES TRUCK LINE, INC. |
| CANANDAIGUA EXPRESS, INC. | K & R DELIVERY, INC. |
| CAROLINA FREIGHT CARRIERS CORP. | KAIN'S MOTOR SERVICE CORP. |
| CENTRAL MOTOR LINES, INC. | KIRBY & KIRBY (d/b/a Wilmar Trucking, Inc.) |
| CENTRAL TRANSPORT, INC. | LEE WAY MOTOR FREIGHT, INC. |
| CENTRALIA CARTAGE CO. | MAISLIN TRANSPORT LTD. |
| CHIPPEWA MOTOR FREIGHT, INC. | MAISLIN TRANSPORT OF DELAWARE, INC. |
| CHURCHILL TRUCK LINES, INC. | MARATHON FREIGHT LINES, INC. |
| CLAIRMONT TRANSFER CO. | MCBRIDE'S EXPRESS, INC. |
| COAST CARLOADING CO. | MCLEAN TRUCKING CO. |
| COLE, JACK-DIXIE HIGHWAY CO. | MID-AMERICAN LINES, INC. |
| COMMERCIAL LOVELACE MOTOR FREIGHT, INC. | MID-CONTINENT FREIGHT LINES, INC. |
| COMMERCIAL MOTOR FREIGHT, INC. OF INDIANA | MOTOR FREIGHT EXPRESS |
| | MURPHY MOTOR FREIGHT LINES, INC. |
| CONSOLIDATED FREIGHTWAYS CORP. OF DELAWARE | MUSHROOM TRANSPORTATION CO., INC. |
| COWAN, W.T., INC. | NASON'S DELIVERY, INC. |
| CROUCH FREIGHT SYSTEMS, INC. | NATIONAL FREIGHT, INC. |
| CROUSE CARTAGE CO. | NAVAJO FREIGHT LINES, INC. |
| CROWN MOTOR FREIGHT CO. | NELSON FREIGHTWAYS, INC. |
| DEATON, INC. | NEUENDORF TRANSPORTATION CO. |
| DELTA LINES, INC. | NEW PENN MOTOR EXPRESS, INC. |
| DELTA EXPRESS, INC. | NORTH SHORE & CENTRAL ILLINOIS FREIGHT CO. |
| DOHRN TRANSFER CO. | NUSSBAUM TRUCKING, INC. |
| DUFF TRUCK LINE, INC. | O.K. TRUCKING CO. |
| EAST TEXAS MOTOR FREIGHT LINES, INC. | OLD DOMINION FREIGHT LINE |
| EAZOR EXPRESS, INC. | ORSCHELN BROS. TRUCK LINES, INC. |
| ESCRO TRANSPORT, LTD. | OVERNITE TRANSPORTATION CO. |
| EXPRESS FREIGHT LINES | PACIFIC INTERMOUNTAIN EXPRESS CO. |
| FRIEDMAN'S EXPRESS | PENN YAN EXPRESS, INC. |
| GARDINER'S EXPRESS | PRESTON TRUCKING CO., INC. |
| GARRETT FREIGHT LINES, INC. | QUINN FREIGHT LINES, INC. |
| GARRISON MOTOR FREIGHT, INC. | RAYMOND MOTOR TRANSPORTATION, INC. |
| GATEWAY TRANSPORTATION CO. | RINGSBY TRUCK LINES, INC. |
| GEORGIA HIGHWAY EXPRESS, INC. | RISS INTERNATIONAL CORP. |
| GLENDENNING MOTORWAYS, INC. | ROADWAY EXPRESS, INC. |
| GORDONS TRANSPORTS, INC. | ROOKS TRANSFER LINES, INC. |
| GREAT COASTAL EXPRESS | RUDOLF EXPRESS CO. |
| HELMS EXPRESS (Div. of Ryder) | RYDER TRUCK LINES, INC. |
| HIRES TRUCKING CO., INC. | S & N FREIGHT LINES, INC. |
| HOLLAND MOTOR EXPRESS, INC. | SERVICE TRANSPORTATION LINES, INC. |
| HOLMES FREIGHT LINES, INC. | SERVICE TRANSPORTATION CO. |
| HYMAN FREIGHTWAYS, INC. | SEYMOUR TRANSFER LINES, INC. |
| IML FREIGHT, INC. | SHIPPERS DISPATCH, INC. |
| I R C & D MOTOR FREIGHT, INC. | SIOUX TRANSPORTATION CO., INC. |
| ILLINOIS-CALIFORNIA EXPRESS, INC. | SMITH & SOLOMON TRUCKING CO. |
| INDIANHEAD TRUCK LINE, INC. | SMITH'S TRANSFER CORPORATION |
| INMAN FREIGHT SYSTEM, INC. | SOUTH BEND FREIGHT LINES, INC. |
| INTERSTATE MOTOR FREIGHT SYSTEM | SOUTHWESTERN TRANSPORTATION CO. |
| (Continued) | SPECTOR FREIGHT SYSTEM, INC. |
| | (Continued) |

| | |
|---|---|
| STRICKLAND TRANSPORTATION CO. | AAA TRUCKING CORP. |
| STRUM FREIGHTWAYS, INC. | ATKINSON FREIGHT LINES, INC. |
| SUBURBAN MOTOR FREIGHT, INC. | CENTRAL TRANSFER CO. |
| SUPERIOR FORWARDING CO., INC. | COAST CARLOADING CO. |
| SUWAK TRUCKING CO. | COAST CARTAGE CO. |
| SWIFTLINES, INC. | COOPER-JARRETT, INC. |
| TANNEY'S MOTOR TRANSPORTATION, INC. | DI SALVO TRUCKING CO. |
| TAYNTON FREIGHT SYSTEM, INC. | DORN'S TRANSPORTATION, INC. |
| TOSE, INC. | EXHIBITORS SERVICE CO. |
| T.I.M.E. - D.C., INC. | FOLLMER TRUCKING CO. |
| TAKIN BROS, FREIGHT LINE, INC. | HALL"S MOTOR EXPRESS, INC. |
| TREDWAY'S EXPRESS, INC. | HART MOTOR EXPRESS, INC. |
| TENNESSEE CAROLINA TRANSPORTATION, INC. | RITEWAY EXPRESS, INC. |
| TERMINAL TRANSPORT CO., INC. | RUZILLA'S EXPRESS SERVICE, INC. |
| THE DAVIDSON TRANSFER & STORAGE CO. | ST. JOHNSBURY TRUCKING CO., INC. |
| THE ADLEY CORP. (d/b/a ADLEY EXPRESS CO.) | SUPERIOR FAST DRAYAGE |
| THE MASON AND DIXON LINES, INC. | SUPERIOR FAST FREIGHT |
| THE O-K TRUCKING CO. | THUNDERBIRD FREIGHT LINES, INC. |
| THE SANTA FE TRAIL TRANSPORTATION CO. | UNITED FREIGHT, INC. |
| TRANS-AMERICAN VAN SERVICE, INC. | UNITED TRUCKING SERVICE, INC. |
| TRANSAMERICAN FREIGHT LINES, INC. | WESTERN CARLOADING CO. |
| TRANSCON LINES (A. Corp.) | WHITFIELD TRANSPORTATION, INC. |
| TRANSPORT MOTOR EXPRESS, INC. | WESTRANSCO FREIGHT CO. |
| TUCKER FREIGHT LINES, INC. | AMERICAN CON-CARTAGE |
| VIKING DELIVERY SERVICE, INC. | SHAWMUT TRANSPORTATION CO. |
| WARD TRUCKING CORP. | ASSOCIATED FREIGHT LINES |
| WARN BROS, INC. (d/b/a CRESCENT TRUCK LINES) | CALIFORNIA MOTOR EXPRESS |
| WARNER & SMITH MOTOR FREIGHT, INC. | ABC TRANS NATIONAL TRANSPORT, INC. |
| WERNER CONTINENTAL, INC. | |
| WESTERN GILLETTE, INC. | |
| WESTERN TRANSPORTATION CO. | |
| WESTERN TRUCKING CO. | |
| WILLIG FREIGHT LINES | |
| WILSON FREIGHT CO. | |
| WOLVERINE EXPRESS, INC. | |
| YELLOW FREIGHT SYSTEMS, INC. | |
| Thomas M. Auchincloss, Jr., Esquire | |
| Rea, Cross & Auchincloss | |
| 700 World Center Building | |
| 918 Sixteenth Street, N.W. | |
| Washington, D. C. 20006 | |

JPML FORM 4A -- Continuation

Panel Attorney Service List -- p. 4

DOCKET NO. 333 -- IN RE AMERICAN HOME PRODUCTS CORP. "RELEASED VALUE" CLAIMS LITIGATION

| | |
|---|---|
| A-P-C TRANSPORT CORP.<br>2100 88th Street<br>North Bergen, New Jersey  07087 | HERMAN FORWARDING CO.<br>P.O. Box 1<br>New Brunswick, New Jersey  08902 |
| ARROW MOTOR TRANSIT, INC.<br>4600 W. 34th Street<br>North Bergen, New Jersey  07047 | HIGHWAY TRANSPORTATION CO.<br>429 Bellevue Ave.<br>Hammonton, New Jersey  08037 |
| BONIFIELD BROS. TRUCK LINES, INC.<br>Highway 37 South<br>West Frankfort, Illinois  62896 | J. F. MARTIN CARTAGE CO.<br>8600 67th Street<br>Hodgkins, Illinois  60525 |
| CITY DRAYAGE CO., INC.<br>1883 David Street<br>P.O. Box 156<br>San Leandro, Calif.  94577 | JACKSONVILLE-SPRINGFIELD<br>  TRANSPORTATION CO.<br>303 W. Lafayette Ave.<br>Jacksonville, Illinois  62651 |
| COLEMAN BROS. TRANSPORTATION LINES, INC.<br>600-614 Erie Blvd. W.<br>Rome, New York  13440 | KEY LINE FREIGHT, INC.<br>15 Andre Street, N.W.<br>Grand Rapids, Michigan  49507 |
| EASTERN EXPRESS, INC.<br>1450 Wabash Ave.<br>Terre Haute, Indiana  47808 | LIDELCO, INC.<br>92 Central Ave.<br>East Farmingdale, N.Y.  11735 |
| EASTERN FREIGHT WAYS, INC.<br>Eastern & Moonachie Ave.<br>Carlstadt, New Jersey  07072 | M&M TRANSPORTATION CO.<br>186 Alewife Brook Pkwy.<br>Cambridge, Mass.  02138 |
| FOLLRATH DELIVERY SERVICE, INC.<br>3000 Hirsch<br>Melrose Park, Illinois  60160 | MILNE TRUCK LINES, INC.<br>2500 West California Ave.<br>Salt Lake City, Utah  84104 |
| GENOVA EXPRESS LINES, INC.<br>484 A Clayton Rd.<br>Williamstown, New Jersey  08094 | NORTH PENN TRANSFER, INC.<br>Routes 63 and 202<br>Lansdale, Penna.  19466 |
| GRAVES TRUCK LINES, INC.<br>2130 S. Ohio<br>P.O. Drawer 1387<br>Saline, Kansas  67401 | ~~PARCEL DELIVERY SERVICE, INC.~~<br>~~600 Belleville Turnpike~~<br>~~Kearny, New Jersey  07032~~ |
| | PENNSYLVANIA TRUCK LINES, INC.<br>49th and Parkside Ave.<br>Philadelphia, Penna.  19131 |
| H&H TRUCKING CO.<br>Cooley's Corner Road<br>R.D. 1<br>Robbinsville, New Jersey  08691 | R.C. MOTOR LINES, INC.<br>1450 Wabash Ave.<br>Terre Haute, Indiana  47808 |